| | | | |
|---|---|---|---|
| 023P16 | State v. Jeremy Lynn Benfield | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA01-780) | Denied<br><br>**Hudson, J., recused** |
| 024P16 | State v. Oakland McCulloch | 1. State's Motion for Temporary Stay (COA15-290)<br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/21/2016** Dissolved **03/17/2016**<br><br>2. Denied<br><br>3. Denied |
| 028P16 | State v. Brian Levi Byford | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 029P16 | Timothy Clarke, Personal Representative of the Estate of Erica Bohn v. Ashraf Gad Bakhom Mikhail, M.D.; Jessica Lynn Hardin, P.A., and Coastal Carolina Neuropsychiatric Center, P.A. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA15-235)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Amend PDR | 1. Denied<br><br>2. Dismissed as moot<br><br>3. Allowed |
| 032A16 | Michael Orban v. Pike Corporation, J. Eric Pike, Charles E. Bayless, James R. Helvey III, Peter Pace, Daniel J. Sullivan, James L. Turner, Court Square Capital Partners, Pioneer Parent, Inc., and Pioneer Merger Sub, Inc. | Plt's Motion to Dismiss Appeal | Denied **02/08/2016** |
| 032A16 | Michael Orban v. Pike Corporation, J. Eric Pike, Charles E. Bayless, James R. Helvey III, Peter Pace, Daniel J. Sullivan, James L. Turner, Court Square Capital Partners, Pioneer Parent, Inc., and Pioneer Merger Sub, Inc. | Def's Consent Motion to Hold Appeals in Abeyance Pending Settlement | Allowed **03/15/2016** |